UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM EMERY FODOR, | ) | |
| Petitioner, | ) | 3:12-cv-00330-LRH-VPC |
| vs. | ) | |
| JACK PALMER, *et al.,* | ) | **ORDER** |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On November 26, 2012, respondents filed a motion to dismiss the petition. (ECF No. 8). On November 27, 2012, Court entered a minute order advising petitioner that a motion to dismiss had been filed, pursuant to *Klingele v. Eikenberry* and *Rand v. Rowland*. (ECF No. 10). On December 3, 2012, petitioner filed a letter with the Court, referencing the minute order of November 27, 2012, and stating that: "I am unaware of any 'dispositive motions' having been filed in the above titled case." (ECF No. 11, at p. 1). Petitioner further requests a copy of the docket in this case. The Court notes that respondents' motion to dismiss is accompanied by a certificate of service indicating that the motion was served by mail on petitioner at the Northern Nevada Correctional Center, on November 26, 2012. (ECF No. 8, at p. 12). Nevertheless, in an abundance of caution, the Court directs respondents to file a declaration confirming that the motion to dismiss and all exhibits thereto have been properly served on petitioner at his current address.

**IT IS THEREFORE ORDERED** that, within **ten (10) days** of the date of entry of this order, respondents **SHALL FILE AND SERVE** a declaration confirming that petitioner has been properly

served with the motion to dismiss and all exhibits thereto (ECF Nos. 8 & 9).

**IT IS FURTHER ORDERED** that petitioner's response to the motion to dismiss **SHALL BE FILED AND SERVED** on respondents within **twenty (20) days** of respondents' declaration.  The reply shall be filed in accordance with Local Rule 7-2.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** petitioner a copy of the CM/ECF docket printout in this action.

DATED this 11th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE